IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:99-CR-268-01 |
| | § | |
| DAN LEE, | § | |
| | § | |
| Defendant. | § | |

SATISFACTION OF JUDGMENT

The Judgment in the above-entitled cause has been paid or settled through compromise. It is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that **DAN LEE**, be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: /s/ *Eleanor Robinson Gaither*
Eleanor Robinson Gaither
Assistant United States Attorney
Chief, Financial Litigation Unit
Fed ID No. 2972
Texas State Bar No. 17089500
Post Office Box 61129
Houston, Texas 77208
Telephone: (713 ) 567-9533
Fax: (713 ) 718-3405

DATED: June 24, 2010

# CERTIFICATE OF SERVICE

This will certify that the attached instrument was served on June 24, 2010, via first class mail to:

Dan Lee
316 S. 18th St.
West Columbia, Texas 77486-3106

/s/ *Eleanor Robinson Gaither*
Eleanor Robinson Gaither
Assistant United States Attorney